In the Matter of the Claim of HELEN MARKOWITZ et al., Respondents,
v. MACK MARKOWITZ, INC., et al., Appellants, and SPECIAL DISABILITY FUND,
Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ.,
concur in memorandum by Herlihy, J.